UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA BLACKWELL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CARRINGTON FORECLOSURE SERVICES, LLC, et al., <br><br> Defendants. | Case No. 25-cv-03339-EKL <br><br> **ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE MOTION TO DISMISS** <br><br> Re: Dkt. No. 11 |

On March 10, 2025, Plaintiffs Loretta Blackwell and William Blackwell ("Plaintiffs"), proceeding pro se, filed this action against Carrington Foreclosure Services, LLC et al. involving wrongful foreclosure on real property in Monterey County Superior Court. ECF No. 1-1. On April 15, 2025, Defendants removed the case to federal court. ECF No. 1. On April 23, 2025, Defendants filed a motion to dismiss the complaint. ECF No. 11. Defendants filed a certificate of service indicating that Defendants caused the motion to dismiss to be served by mail on April 23, 2025. ECF No. 13. Plaintiffs did not respond to the motion to dismiss by the May 7, 2025, deadline. As of the date of this Order, Plaintiffs have not appeared in this Court or filed an opposition or other response.

Plaintiffs are hereby ORDERED TO SHOW CASE, in writing and no later than June 13, 2025, why the case should not be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b). Alternatively, Plaintiffs may file an opposition or response to the motion to dismiss by June 13, 2025. If Plaintiffs file an opposition by that date, Defendant may file a reply by June 20, 2025. **If Plaintiff fails to file an opposition or other response to the pending motion to dismiss by June 13, 2025, this action will be DISMISSED for failure to prosecute.** *See* Fed. R. Civ. P. 41(b).

1   The July 30, 2025, hearing on the motion to dismiss and the initial case management
2   conference are **VACATED**.  The Court will reset the hearings as necessary following completion
3   of briefing as set forth above.

4   **IT IS SO ORDERED.**

5   Dated: May 23, 2025

_____
Eumi K. Lee
United States District Judge

2